1
2
3
4
5
6                         UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                    * * *

9   UNITED STATES OF AMERICA,            Case No. 3:13-cr-00048-MMD-WGC

10                         Plaintiff,                 ORDER

11          v.

12  VICTOR H. OROZCO,

13                        Defendant.

14

15          Plaintiff sent a letter to the Court (dkt. no. 140). Plaintiff is admonished that *ex*

16  *parte* communications with a judge are inappropriate in most circumstances. *See* Local

17  Rules, Part II, LR 7-6. Moreover, pursuant to Local Rule IA 10-6, a party who is

18  represented by counsel may not appear or act in the case. Letters to a judge will be

19  disregarded, and the Court will not take any action in response to the letter.

20          DATED THIS 7th day of April 2015.

21

22                                        _____
                                          MIRANDA M. DU
23                                        UNITED STATES DISTRICT JUDGE

24
25
26
27
28