# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00048-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| VICTOR H. OROZCO, | |
| Defendant. | |

Defendant sent the attached letter to the Court. Defendant is admonished that *ex parte* communications with a judge are inappropriate in most circumstances. *See* Local Rules, Part II, LR 7-6. Moreover, a document requesting a Court order must be styled as a motion, not a letter (*see* F.R.C.P. 7). Letters to a judge will be disregarded. The Court will not take any action in response to the letter. However, Defendant's counsel is directed to meet and confer with his client to determine if there is any reason why counsel believes he would not be able to meaningfully represent Defendant further in this case, or file a motion to withdraw if needed.

DATED THIS 30th day of July 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1. Unite State of America
2.         v.s
3.    Victor H Orozco          Case No. 3:13-CR-00048-MMD-WGC
4. ///
5. ///
6. ///
7. You're Honorable Judge >> M du Miranda; Im writing you this
8. letter, to let you know today July 28, 2015.
9. My lawyer >>> Loren Graham <<< hasn't contact me to let me —
10. know, if he has done the Appeal for my case.
11. ///
12. Our undestanding was that you gave 12-days, to do my Appeal —
13. I would appreciate if you give a >>> New Layer <<< to reppresent
14. my to do my Appeal.
15. ///
16. I would appreciate your'e help very much, I would be very happy—
17. if you would make a copy of this letter and respond back to me.
18. ///
19.              Thank you for your'e time; N God Bless you!!
20. ///
21. ///
22.              Sincerely: Victor O~
23.                                  7/28/2015
24. ///
25. ///
26. ///
27.              Page 1 of 1
28. ///

From: Victor H Orozco
Inmate #1306832
911 E. Parr Blvd
Reno, NV. 89512

RENO NV 895
28 JUL 2015 PM 1 T

LEGAL-MAIL

To: Judge
M Du Miranda
Federal office of the clerk
400 S. Virginia St
Reno, NV. 89501