UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00048-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| VICTOR H. OROZCO, | |
| Defendant. | |

Pursuant to the Ninth Circuit Court of Appeals' opinion, the Judgment is reversed (ECF No. 149) and the Order denying the motion to suppress (ECF No. 94) is vacated. (ECF No. 168.) Defendant's motion to suppress (ECF No. 31) is granted.

DATED THIS 9th day of August 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE